| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Joel D. Smith (CSB 244902)<br>Bursor & Fisher, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596 | |
| ATTORNEY(S) FOR: | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA LABAJO and MARY YOON, on behalf of themselves and others similarly situated<br>Plaintiff(s),<br>v.<br>VALEANT PHARMACEUTICALS INT'L, INC. and VALEANT PHARMACEUTICALS NORTH AMERICA, LLC<br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs Christina Labajo and Mary Yoon_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Christina Labajo | 1. Plaintiff |
| 2. Mary Yoon | 2. Plaintiff |
| 3. Valeant Pharmaceuticals International, Inc. | 3. Defendant |
| 4. Valeant Pharmaceuticals North America, LLC | 4. Defendant |

| | |
|---|---|
| March 3, 2017<br>Date | /s/ Joel D. Smith<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Christina Labajo and Mary Yoon

CV-30 (05/13)                                   **NOTICE OF INTERESTED PARTIES**