UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No.: | ED CV 17-00412-AB (DTBx) | Date: | May 31, 2017 |
|---|---|---|---|

| Title: | *Christina Labajo et al v. Valeant Pharmaceuticals International, Inc. et al* |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT [14] AND DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [15] AS MOOT AND DISMISSING PLAINTIFFS' ACTION WITH PREJUDICE**

In light of Plaintiffs' Notice of Voluntary Dismissal (Dkt. No. 20), Defendants' Motions to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) are DENIED as MOOT. (Dkt. Nos 14,15). Plaintiffs' complaint is hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The August 7, 2017 Scheduling Conference is vacated.

**IT IS SO ORDERED.**